# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NANCY E. LEGUM, AND         *
ANTHONY KURTZ              *
                           *
                           *
   v.                      *        Civil No. – JFM-12-3773
                           *
RBC CAPITAL MARKETS, ET AL. *
                       ******

## MEMORANDUM

Plaintiff has instituted this action alleging that defendants are liable for losses that occurred in plaintiffs' securities accounts. Defendants have filed a motion to compel arbitration and dismiss. The motion will be granted.

At the outset it should be noted that plaintiffs are appearing in a *pro se* capacity and have sought to avoid the consequences of the arbitration agreement that they signed with defendant RBC Capital Markets, LLC by relying on the principle that *pro se* pleadings should be liberally construed. The quality of the memorandum filed by plaintiffs would seem to belie that they are unsophisticated litigants. In any event, the principle of construing *pro se* pleadings liberally cannot be permitted to undercut the well-established law that arbitration agreements are favored in federal court. Nothing that plaintiffs have alleged indicate that the arbitration agreements that they signed were in any way unconscionable or otherwise unenforceable under other federal or state law.

A separate order granting defendant's motion is being entered herewith.


Date: March 28, 2013            _____/s/_____
                                J. Frederick Motz
                                United States District Judge