FILED: October 18, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1679
(8:12-cv-03773-JFM)
_____

NANCY E. LEGUM; ANTHONY E. KURTZ

      Plaintiffs - Appellants

v.

RBC CAPITAL MARKETS, LLC., Successor to J.B. Hanauer & Co; SAMUEL KLUFT KOLTUN

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 9/26/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*